IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH** | Lead Case No.: 19-cv-02170 |
| NEGIYA YIRGALEM AREDA and MESKEREM WURGESA BALEKER, Individually and as Personal Representatives of the Estate of MERAF YIRGALEM AREDA, Deceased, and on behalf of all Surviving Beneficiaries, | **SHORT FORM COMPLAINT AND NOTICE OF ADOPTION OF MASTER COMPLAINT** |
| Plaintiffs, | **DEMAND FOR JURY TRIAL** |
| v. | |
| THE BOEING COMPANY, a Delaware corporation; ROSEMOUNT AREOSPACE, INC., a Delaware corporation; ROCKWELL COLLINS, INC., a Delaware corporation, | |
| Defendants. | |

1

PLAINTIFFS, NEGIYA YIRGALEM AREDA and MESKEREM WURGESA BALEKER, Individually and as Personal Representatives of the Estate of MERAF YIRGALEM AREDA, Deceased, and on behalf of all Surviving Beneficiaries, complain of the defendants, and each of them, as follows:

1. Plaintiffs refer to and incorporate herein by reference the Master Complaint, and any and all later amendments thereto, filed in IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH, as though fully set forth herein. Plaintiffs hereby adopt the Master Complaint and agree to be bound by any rulings with respect to the pleadings of the Master Complaint.

2. Plaintiffs adopt each of the general allegations of the Master Complaint except for those paragraph numbers set forth here, if any: N/A

## CLAIMS AGAINST DEFENDANTS

3. Plaintiffs bring those Counts, as applicable, against each of the Defendants in the Master Complaint checked below:

☒ THE BOEING COMPANY

☒ ROSEMOUNT AEROSPACE, INC.

☒ ROCKWELL COLLINS, INC.

4. Plaintiffs incorporate by reference each of the Counts in the Master Complaint checked below:

*As* against THE BOEING COMPANY:

☒ Count One for Negligence

☒ Count Two for Breach of Warranty

☒ Count Three for Strict Liability

☒ Count Four for Failure to Warn

*As against ROSEMOUNT AEROSPACE, INC.:*

☒ Count Five for Negligence

☒ Count Six for Strict Liability

☒ Count Seven for Breach of Warranty

*As against ROCKWELL COLLINS, INC.:*

☒ Count Eight for Negligence

☒ Count Nine for Strict Liability

☒ Count Ten for Breach of Warranty

### **PLAINTIFFS' INFORMATION:**

4. Decedent, MERAF YIRGALEM AREDA, was an individual who was killed in the crash of Ethiopian Airlines Flight ET 302 on March 10, 2019.

5. The following Plaintiffs are heirs, beneficiaries, and/or next of kin of Decedent, or other persons entitled to bring an action for the wrongful death of Decedent, and bring the causes of action alleged herein:

NEGIYA YIRGALEM AREDA, father of the decedent and Co-Representative of the estate of the decedent; and

MESKEREM WURGESA BALEKER , mother of the decedent and Co-Representative of the estate of the decedent.

6. Plaintiffs are residents of Ethiopia. Plaintiffs' decedent was a resident of Ethiopia.

7. Decedent's Estate is represented in the following capacity:

☒ NEGIYA YIRGALEM AREDA and MESKEREM WURGESA BALEKER are the Personal Representatives of the Estate of Decedent and are authorized to bring an action on behalf of the Decedent's Estate. Plaintiffs were appointed as the Personal Representatives by the Ethiopian Federal First Instance Court, Kolfe Assigned 1st Inheritance Bench, on or about August 6, 2019.

☐ Other (please describe):

_____.

### **PLAINTIFFS' DAMAGES:**

8. Plaintiffs request the relief checked below:

All past and future general and compensatory damages in an amount according to proof at trial, including the following:

☒ For Decedent's conscious and physical pain and suffering, fright and terror, fear of impending and imminent death, mental anguish, and emotional distress, in an amount according to proof at trial.

☒ For past and future loss of support and services in money or in kind, in an amount according to proof at trial.

☒ For past and future loss of consortium, love, companionship, comfort, care, assistance, protection, affection, society, moral support, training, advice, tutelage, and guidance, in an amount according to proof at trial.

☒ For past and future grief, emotional distress, and sorrow, in an amount according to proof at trial.

☒ For funeral expenses, burial expenses, estate administration expenses, and other related expenses in an amount according to proof at trial.

☒ For expenses for the identification and/or transportation of Decedent's remains, according to proof at trial.

☒ For all property losses, in an amount according to proof at trial.

☒ For attorneys' fees, costs and other damages as permitted under applicable laws.

☒ For punitive and exemplary damages in an amount according to proof at trial;

☒ For pre- and post-judgment interest on all damages as allowed by the law.

☒ For all costs of suit incurred herein.

☒ For such other and further relief as the Court shall deem just and proper.

☐ Other (specify):

_____

_____

**ADDITIONAL ALLEGATIONS, IF ANY**

4

9. MERAF YIRGALEM AREDA ("Meraf") was born on October 18, 1995 and died in the crash of ET302 at the age of only 23. Meraf is survived by her parents NEGIYA YIRGALEM AREDA (her father) and MESKEREM WURGESA BALEKER (her mother).

Meraf was a member of the cabin crew on ET302, and had joined Ethiopia Airlines after receiving top marks in school. She was bright and dedicated young woman with a long career ahead of her.

Meraf was also a devoted daughter who continued to live at home with her parents in Addis Ababa. She was a constant source of companionship and support for her parents, who always looked forward to seeing her each time she returned home from work. Tragically, Meraf will never come home to them again.

Meraf's parents Negiya and Meskerem have suffered a terrible loss, compounded by the circumstances of the crash and how easily the defendants could have prevented it from occurring. Meraf's death, and the manner in which she died have caused her family members severe grief and mental harm, in addition the loss of companionship, services and support from their daughter.

## DEMAND FOR JURY TRIAL

PLAINTIFF hereby demand a trial by jury as to all claims in this action.

Dated: Chicago, Illinois
February 28, 2020

/s/ Todd A. Smith
One of the Attorneys for the Plaintiff


Todd A. Smith
Brian LaCien
70 West Madison Street #5500
Chicago, IL 60602
Tel: 312-313-0202
Email: tsmith@prslaw.com
Email: blacien@prslaw.com

KREINDLER & KREINDLER LLP

Justin T. Green,
Anthony Tarricone
Brian J. Alexander
Daniel O. Rose
Megan W. Benett
Andrew J. Maloney, III
Vincent C. Lesch
Kevin J. Mahoney
Erin R. Applebaum
750 Third Avenue
New York, NY 10017
Tel: 212-687-8181
Email: jgreen@kreindler.com
Email: atarricone@kreindler.com
Email: balexander@kreindler.com
Email: drose@kreindler.com
Email: mbenett@kreindler.com
Email: amaloney@kreindler.com
Email: vlesch@kreindler.com
Email: kmahoney@kriendler.com
Email: eapplebaum@kreindler.com